**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Derrick R Gonzales

FILED
SCRANTON
FEB 07 2001
PER _____ DEPUTY CLERK

1: CV 01-247

**Civil Case No.**

_____

**Name of Plaintiff(s)**

v.

Robert Myers

Martin Dragovich

Harvey Bell

Martin Horn

**Name of Defendant(s)**

**Judge**

(Number and Judge to be
assigned by court)

RECEIVED
SCRANTON

FEB 07 2001

**APPLICATION TO PROCEED IN FORMA PAUPERIS**

MARY E. D'ANDREA, CLERK
PER _____
DEPUTY CLERK

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. ____✓____  I am willing to pursue my claims in this action under the new
provisions of The Prison Litigation Reform Act, understanding
that pursuing my claim requires payment of a partial filing fee
and deduction of sums from my prison account when funds exist
until the filing fee of $150.00 has been paid in full.

2. ____✓____  I have enclosed an executed Authorization form which authorizes
the Institution holding me in custody to transmit to the Clerk
a certified copy of my trust account for the past six (6)
months as well as payments from the account in the amounts
specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while
a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or
more actions or appeals in a court of the United States that were
dismissed as frivolous, malicious, or for failure to state a claim upon
which relief may be granted?   Yes __?__   ~~No~~ ➔ I am not positive — DNA
was treated as Habeas.

   (a)  If the answer is "yes," are you now seeking relief because you
   are under imminent danger of serious physical injury?
   Yes __✓__   No _____

(b)   Please explain in detail why you are under imminent danger of
      serious physical injury:

*Am Seriously injured from Prison Job injury + Fear for*
*my life I am at Documented Risk of Death - See Complaint*
*+ have suffered nearly two years - need help here please.*

4.   (a)   Are you presently employed at the Institution?   Yes ____   No ✓
           *medically retired*

     (b)   ~~If yes~~, what is your monthly compensation?   $ *Allowance pay $48 per mo*

5.   Do you own any cash or other property; have a bank account; or recei
     money from any source?   Yes ____   No ✓

     If the answer is "yes" to any of the above, describe each source and
     the amount involved.

     _____

     _____

     _____

     _____

I certify under penalty of perjury that the foregoing is true and correct

Executed on _____          _____
                 (Date)                        (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code,
Section 1746.

2