# AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA     Civil Action No. 1:01-CV-00247
COUNTY OF CUMBERLAND

Personally appeared before me, a Notary Public in and for said County and Commonwealth, Ben C. Livingood, Corrections Superintendent Assistant at the State Correctional Institution at Camp Hill who, being duly sworn according to law, deposes and states that Derrick R. Coombs, CT-1800, is currently unemployed. Inmate Coombs was received at the State Correctional Institution at Camp Hill on April 20, 1995. A copy of his account statement is attached.

By this affidavit he swears that the facts set forth are true and correct to the best of his knowledge, information, and belief.

*Ben C. Livingood*
Ben C. Livingood
Corrections Superintendent Assistant

Sworn and subscribed before me

this _13th_ day of _February_, 2001.

Notary _Priscilla E. Sonntag_

My Commission expires: October 6, 2002

FILED
SCRANTON

FEB 16 2001

PER _____
DEPUTY CLERK

NOTARIAL SEAL
PRISCILLA E. SONNTAG, Notary Public
Camp Hill, Cumberland County
My Commission Expires Oct. 6, 2002