JUDGE'S COPY

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG
FEB 20 2001
MARY E. D'ANDREA, CL
Per_____
DEPUTY CLERK

DERRICK R. COOMBS )
    Plaintiff )   No. Civil Action No. 1;01-cv-00247
Vs. )
ROBERT W. MYERS, ET.AL. )

## MOTION FOR RECUSAL OF HONORABLE SYLVIA H. RAMBO

To; The Honorable Chief Judge, Sylvia H. Rambo, and Judges of this Honorable Court;

Comes now, plaintiff, Derrick R. Coombs, and prays for recusal of Hon. Sylvia H. Rambo, in this matter, and in support hereof, respectfully avers;

1. This motion, is filed Ex-Parte, to protect integrity of judiciary, and prevent Her Honors embarrassment, before my adversaries, service of this procedural motion, should not be required.

2. Your plaintiff, has previously become embroiled in dispute with the Honorable S. Rambo stemming from an extra-judicial letter, sent to your plaintiff, by Honorable Rambo.

3. Plaintiff was younger, and less wise, at the time, and while he now realizes Her Honor meant well, he did not understand, at the time of occurrence, and filed personal lawsuit against Honorable Judge Rambo, which assailed her personal integrity, and personally insulted her Honor, and her office. Specifically, Hon. Rambo, sent me a letter, suggesting I file(an unrelated) lawsuit, in 95-96, in repsponse to complaint letter I sent her. I did as I was told by her, and this suit was arbitrarily "rubberstamped" by pro-se law clerk. I then filed additional suit, against Hon. Rambo, and said pro-se law clerk, which suit was a direct attack, on Hon. Rambo, and this clerk.

I still have, Her Honors letter, it need not be included here.

4. However, this personal suit, against Hon. Rambo, leaves serious question, as to her impartiality now, in the instant case, and requires her recusal, under 28 U.S.C. §455 and 144 and such recusal, is hereby requested, due to personal bias, and animosity towards your plaintiff, as result of said suit, and extra judicial letter.

5. Notation to this effect, was placed in original complaint, and it was requested of clerk of court, by letter, that this matter not be assigned to Honorable Rambo, for this exact reason. In spite of this double request, the matter was.. still assigned to her Honor, and I must now pray for her Honors recusal, by motion.

WHEREFORE: I respectfully pray, the Honorable Sylvia H. Rambo, kindly recuse herself, from this matter, based on facts set forth in this motion, which will serve also as my affidavit, and kindly please, assign this matter, to a different Judge.

I am, seriously injured here, and require fair, and honest justice, please.

I thank Her Honor, and May God, bless you.

Ftnte; This will, also serve, as my brief, in support of this motion, rule, is cited, id.

Respectfully Submitted;
Derrick R. Coombs #CT1800
Box 200 Camp Hill Pa.
17001-0200
Feb. Fifteenth, 2001