IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK R. COOMBS, | : | CIVIL ACTION NO. 1:CV-01-0247 |
| Plaintiff | : | |
| v. | : | |
| ROBERT W. MYERS, ET AL., | : | (Judge Rambo) |
| Defendants | : | |

ORDER

IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to proceed in forma pauperis is construed as a motion to proceed without full prepayment of fees and costs and the motion is granted.[1]

2. The United States Marshal is directed to serve Plaintiff's complaint on the Defendants named therein.

SYLVIA H. RAMBO
United States District Judge

Dated: April 23, 2001.
SR:dlb

FILED
HARRISBURG, PA
APR 23 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

---

1. Coombs completed this court's form application to proceed in forma pauperis and authorization to have funds deducted from his prison account. The court then issued an Administrative Order directing the warden at his present place of confinement to commence deducting the full filing fee from Plaintiff's prison trust fund account.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

April 23, 2001

Re: 1:01-cv-00247    Coombs v. Myers

True and correct copies of the attached were mailed by the clerk to the following:

Derrick R. Coombs
SCI-CH
CT-1800
P.O. Box 200
Camp Hill, PA  17001

cc:
Judge                          (X)         (X) Pro Se Law Clerk
Magistrate Judge               ( )         ( ) INS
U.S. Marshal                   ( )         ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 (X)  with N/C attached to complt. and served by:
                                    U.S. Marshal (X)    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen  ( )   PA Atty Gen ( )
                                         DA of County ( )   Respondents ( )

Bankruptcy Court               ( )
Other_____     ( )

                                              MARY E. D'ANDREA, Clerk

DATE: April 23rd, 2001                  BY: _____
                                            Deputy Clerk