IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DERRICK R. COOMBS,         :
      Plaintiff   :
                                     : No. 1:CV-01-0247
v.                         :
                                     : (Judge Rambo)
ROBERT MYERS, MARTIN L.    :
DRAGOVICH, HARVEY BELL,    :
and MARTIN F. HORN,        :
      Defendants :

### ENTRY OF APPEARANCE

Please enter my appearance on behalf of defendants Robert Myers, Martin L. Dragovich, Harvey Bell and Martin F. Horn.

                                                            _____
                                                            PATRICK S. CAWLEY
                                                           **Deputy Attorney General**

**OFFICE OF ATTORNEY GENERAL**
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 705-8572
FAX (717) 772-4526

**DATE: May 7, 2001**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DERRICK R. COOMBS,  :
    Plaintiff  :
                           :   No. 1:CV-01-0247
v.  :
                           :   (Judge Rambo)
ROBERT MYERS, MARTIN L.  :
DRAGOVICH, HARVEY BELL,  :
and MARTIN F. HORN,  :
    Defendants :

## CERTIFICATE OF SERVICE

I, Patrick S. Cawley, Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on May 7, 2001, I served a true and correct copy of the foregoing Entry of Appearance, by causing it to be deposited in the United States Mail, first-class postage prepaid to the following:

    Derrick R. Coombs, CT-1800
    SCI - Camp Hill
    P.O. Box 200
    Camp Hill, PA  17001

                                              _/s/ Patrick S. Cawley_
                                              PATRICK S. CAWLEY
                                              **Deputy Attorney General**