# WAIVER OF SERVICE OF SUMMONS

TO: ___Derrick R. Coombs___
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of Coombs VS Myers, et al., which is case number 1:CV-01-0247 in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after 04/25/01 (date request was sent), or within 90 days after that date if the request was sent outside the United States.

___May 7, 2001___   ___Patrick S. Cawley___ (signature)
DATE                SIGNATURE

Printed/typed name: _Patrick S. Cawley_
Title, if any: _Deputy Attorney General_

Address of Person signing: Office of Attorney General, Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA 17120

Party you represent: Robert Myers, Martin L. Dragovich, Harvey Bell and Martin F. Horn

FILED
SCRANTON

MAY - 9 2001

PER _____
DEPUTY CLERK