**JUDGE'S COPY**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DERRICK R. COOMES )
Plaintiff )
 )  No. 1:CV-01-0247
vs. )  (Currently Judge Rambo)
 )
ROBERT W. MYERS, ET. AL., )
Defendants )

FILED
HARRISBURG, PA

JUN 1 1 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

RULE 15(a) AMENDMENT TO 1983 ACTION

COMES NOW, Plaintiff, above named, and makes Rule 15(a) amendment, to the above captioned action, and adds the following:

1. The Complaint is respectfully amended to include the declaration that all defendants in this matter, are sued in thier individual, as well as official capacities.

2. The following claim of deprivation of, and conspiracy against Const. Rights is added,

AGAINST DEFENDANT DRAGOVICH, AND HIS SUBORDINATES:
MAILROOM EMPLOYEES
AND MR. THOMAS JAMES DOC GRIEVANCE CO-ORDINATOR

VIOLATION OF, AND CRIMINAL CONSPIRACY AGAINST FIRST AMENDMENT RIGHTS
PERSISTENT HARASSMENT THEFT, AND OBSTRUCTION OF PLAINTIFFS MAIL
REFUSAL OF DRAGOVICH OR GRIEVANCE OFFICER TO CURB THIS ABUSE
OBSTRUCTION OF JUSTICE, PLAINTIFFS RIGHT TO SEEK HELP, AND Represent Self
DELIBERATE INFLICTION OF MENTAL ANGUISH AND EMOTIONAL DISTRESS

3. Plaintiff, since arriving at SCI Camp Hill, has sent multiple letters, seeking every form of aid and assistance, from pro-bono investigative assistance, to news media interview/investigation of his case. None of these letters have been answered, and it is hereby averred such correspondence is being illegally obstructed/stolen/tampered with, by Defendant Dragovich, and his Subordinates of both His Mailroom, and Security office.

4. Plaintiff has repeatedly rec. legal mail opened, including from U.S. Dept. of Justice, Federal Postal Inspector, Pa. Dept. of State, Pa. Pardons Board, some of these illegally opened legal correspondences, were missing items that were stated to be enclosed in them, and were not there, and had been stolen.

5. Plaintiffs multiple efforts to correspond with above named, and multiple other legal aid agencies, and media sources, are all unanswered, plaintiff spent years trying to locate an old friend, who could possibly help him, upon locating said friend, plaintiff rec. an immediate priority mail letter from same, stating he would do whatever he could to help, please write back. Plaintiff wrote back, and never heard from said friend again.

6. This illegal theft, and obstruction of my mail, and efforts to seek legal aid, and/or help in proving my innocence, is jeopardizing plaintiffs life, and inflicting unbearable mental anguish and emotional distress upon plaintiff, is a violation of His First Amend-

rights to freedom of speech, and association, right to represent himself, and to access Courts and discover new evidence, and right to access news media, which is allowed by DOC rules, quite plainly, as is a prisoners right to file crim. charges, and/or apply for pardon. The illegal theft/confiscation/obstruction of plaintiffs mail, also is a direct violation of U.S. Const. Amend Four, illegal search and siezures provision, and is deliberate indifference, to plaintiffs Const. Rights.

7. Plaintiff repeatedly tried to contact postal inspector, to obtain complain forms, and never. rec. them. Plaintiff complained to defendant Dragovich, abut mailroom, which mailroom, promptly lied, and denied any ever having rec. any such letters from plaintiff.

Plaintiff sent new letter, to Def. Dragovich personally, and upon his rec. same, and sending same, I rec. the forms I had written for five times previously and never got.

8. Plaintiff then filed grievance against prison mailroom, and actors Brian Harris, and Robert Giable, this grievance was ignored/denied, without required due process personal interview, allowing plaintiff to show proof of the multiple letters he has sent seeking help here, and his opened mail, by mailroom. DOC Grievance office, remanded it for the aforesaid interview. At this interview, I was lied to, and fed erroneous excuses, and nothing was resolved, with the aforesaid Harris and Giable. My grievance was then "denied" without allowing me due process right, to refuse or even see, said Giable and Harries's report, of personal interview. I sent appeal to Dragovich, and informed him, his staff had lied to me, and this was not resolved. He ignored this. I appealed to Main DOC office, for further proceedings in this matter, and due process right to see any findings made by Camp Hill, and then appeal them, as required by Grievance rules, and this was denied, by the aforesaid Thomas James, DOC Grievance Co-ordinator. I informed him, he was violating my rights, and I would amend suit, and include him/this issue in it, if this was not rectified, and these people made to stay out of my mail.

9. He denied this, and too this day, your plaintiff continues to be missing much much mail here, at Camp Hill, and is intimidated to write for not knowing who is stealing his mail, and/or what is being done with it, and lack of any response to some sixty letters or more, over period of months, before, and after, still, grievance being filed.

10. This illegal conduct, is entirely consistent, with Def. Dragovich trying to prevent my minister from assisting me, and SCI Rockview illegally blocking off my home phone, and is causing me extreme distress, and anguish, and, making me furious.

11. I want this stopped, and these people out of my mail, and all my correspondence, sent out, and that coming in to me, delivered to me. Accordingly I amend complaint to include this matter, request jury trial, and punitive and compensatory damages, in the sum of 100,000.00$(one hundred thousand) dollars from Def. Dragovich, individually, and in official capacity, and from other parties/his subordinates hereby joined herein.

Respectfully Submitted
Darrick R. Coombs #CT-
Box 200 Camp Hill Pa. 17001-0200

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DERRICK R. COOPER
    Plaintiff

Vs.

ROBERT S. MIRES et.al.,
    Defendants

No. 1:CV-01-0247
(Currently Judge Rambo)

PROOF OF SERVICE

I hereby certify I have this _fifth_ day of June, 2001, served the within Rule 5(a) document on the parties below, by deposit in prison mail, addressed as follows:

Clerk of Court U.S. District Court
228 Walnut St. Box 983
Harrisburg Pa. 17108

Mr. Patrick S. Cawley DAG (five copies, for him to serve ade his clients)
Office of Atty. General
Com. of Penn.
15th Flr. Strawberry Square
Harrisburg Pa. 17120

Signed in accordance wiss FRCP Rule 11, and submitted under penalty of perjury.

_[signature]_
Derrick R. Cooper #CR-7808
Box 200 Camp Hill Pa.
.700.-0200