ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRICK R. COOMBS,<br>　　　　Plaintiff, | :<br>:<br>: No. 1:CV-01-0247 |
| v. | :<br>: |
| ROBERT W. MYERS, et al., | : (Judge Rambo)<br>: |
| 　　　　Defendants. | : |

**FILED**
**HARRISBURG**
**JUN 2 5 2001**
MARY E. D'ANDREA,
Per_____
　　DEPUTY CLERK

## MOTION OF DEFENDANTS
## TO DISMISS THE COMPLAINT

Defendants Robert W. Meyers, Martin L. Dragovich, J. Harvey Bell, and Martin P. Horn, through their counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby request this Court to dismiss the action against them. In support of this motion, defendants refer the Court to a brief that will be filed within ten (10) days, pursuant to Local Rule 7.5.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**D. MICHAEL FISHER**
　　　　　　　　　　　　　　　　**Attorney General**

　　　　　　By:　*Patrick J. Cawley*
　　　　　　　　　　**PATRICK S. CAWLEY**
　　　　　　　　　　**Deputy Attorney General**
　　　　　　　　　　**Attorney I.D. 85575**

Office of Attorney General  
15th Fl., Strawberry Square  
Litigation Section  
Harrisburg, PA  17120  
(717) 705-8572  

SUSAN J. FORNEY  
Chief Deputy Attorney General  
Chief, Litigation Section  

**COUNSEL FOR DEFENDANTS**

Date: June 25, 2001

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK R. COOMBS,** : | |
| Plaintiff, : | |
| : | No. 1:CV-01-0247 |
| v. : | |
| : | |
| **ROBERT W. MYERS, et al.,** : | (Judge Rambo) |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, Patrick S. Cawley, Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on June 25, 2001, I served a true and correct copy of the foregoing **Motion of Defendants to Dismiss the Complaint** by causing it to be deposited in the United States Mail, first-class postage prepaid to the following:

Derrick R. Coombs, CT-1800
SCI-Camp Hill
2500 Lisburn Road
P.O. Box 8837
Camp Hill, PA 17001-8837

_____
PATRICK S. CAWLEY
**Deputy Attorney General**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK R. COOMBS,** : | |
| Plaintiff, : | |
| : | No. 1:CV-01-0247 |
| v. : | |
| : | |
| **ROBERT W. MYERS, et al.,** : | (Judge Rambo) |
| : | |
| Defendants. : | |

## ORDER

AND NOW, this _____ day of _____, 2001, upon consideration of the motion of defendants to dismiss the complaint, it is hereby ORDERED that the motion is GRANTED. The complaint against defendants is DISMISSED WITH PREJUDICE.

By the Court:

_____
**SYLVIA H. RAMBO**
**United States District Judge**