ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
SEP 25 2001
MARY E. D'ANDREA, CLERK
Per ____ Deputy Clerk

(24)
9/26/

DERRICK R. COOMBS
Plaintiff

Vs.

ROBERT W. MYERS ET. AL.
Defendants

No. 1;CV-01-0247
Hon Rambo, Judge)

MOTION FOR SANCTIONS, AND
MOTION FOR RELIEF UNDER FRCP RULE 60(b)
TO ADD EXHIBITS TO THE RECORD, AND PLAINTIFFS
MOTION TO STRIKE DEFENDANTS MOTION TO DISMISS FOR FRAUD

To: The Honorable Judge Rambo, and Judges of this Honorable District Court;

1.Defendants submitted a "motion to dismiss for failure to state a claim, and filed a brief in support of this, on July Third, 2001, fraudulently stating, "I did not exhaust Administrative remedies, on my issues, to "final review" Plaintiff responded, and told the Court, he in fact did so, but that he was indigent, and could not provide copies of the "final review orders" because state denies indigent prisoners free photocopies, and accordingly, meaningful court access.

2.Plaintiff has rec. a couple dollars, from family,(16$ after deductions) and hereby does submit the "final review orders" and effectively exposes defendants fraud, obstruction of justice, and perjury, upon this Honorable Court, as I told the Court it was.

3. I have told defendants counsel, of his NIX V. WHITESIDE U.S. omitted, to not present (duty to not present false evidence/facts) I now warn him again, and advise him go read, U.S. V. VAUGHN 797 F.2d 1485 for the proposition, that he incurs criminal liability for this.. with the warning, he'd best get honest here.

Plaintiff prays for Rule 34, and Rule 37 sanctions, And Rule 11 in this matter, in the form of award of 250$ to be awarded plaintiff, forthwith, from defendants and their counsel, which will remdy their trying to use my indigency, to impose any further fraud on this Honorable Ct. and compensate me, for research, paperwork, etc. incurred in this matter.

It is further prayed, defendants motion to dismiss, for failure to exhaust adm. remedies be forthwith DENIED WITH PREJUDICE for the fraud it is, and that this matter, be scheduled, for Jury trial, as requested.

Respectfully Submitted,

Derrick R. Coombs #CT1800
Box 200 Camp Hill Pa.
17001-0200

ORDER

And now, upon consideration of this matter, defendants motion to dismiss, is hereby denied with prejudice, this matter is scheduled for jury trial, and defendants and their counsel are forthwith ORDERED to pay Mr. Coombs, sum of Two Hundred, and Fifty dollars.

BY THE COURT:

Hon. ______________________________,J
United States Judge

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
1451 N. MARKET STREET
ELIZABETHTOWN, PA 17022

OFFICE OF THE
CHIEF HEARING EXAMINER

March 30, 1999

Derrick Coombs, CT-1800
SCI Rockview

Re: DC-ADM 804 - Final Review
Grievance No. ROC-0117-99

Dear Mr. Coombs:

This is to acknowledge receipt of your appeal to final review of the above numbered grievance.

In accordance with the provisions of DC-ADM 804, VI D, as amended effective November 1, 1997, I have reviewed the entire record of this grievance; including your initial grievance, the Grievance Officer's response, your appeal from initial review and the Superintendent's response. I have also carefully reviewed the issues you raise to final review.

Upon completion this review, it is the decision of this office to uphold the responses provided by staff at the institutional level. I find the issues raised for final review have been addressed by the Grievance Coordinator and the Superintendent, and their responses are reasonable and appropriate.

I concur with the responses already provided at the institution level. Accordingly, your appeal to final review must be denied.

Sincerely,

Robert S. Bitner
Chief Hearing Examiner

Regarding my Injury And Related Const. Claims

RSB:ph
pc: Superintendent Meyers

Myers Has These — And he Lied —

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
1451 N. MARKET STREET
ELIZABETHTOWN, PA 17022

OFFICE OF THE
CHIEF HEARING EXAMINER

August 10, 1999

Derrick Coombs, CT-1800
SCI Rockview

Re: DC-ADM 804 - Final Review
Grievance No. ROC-0431-99

Dear Mr. Coombs:

This is to acknowledge receipt of your appeal to final review of the above numbered grievance.

In accordance with the provisions of DC-ADM 804, VI D, as amended effective November 1, 1997, I have reviewed the entire record of this grievance; including your initial grievance, the Grievance Officer's response, your appeal from initial review and the Superintendent's response. I have also carefully reviewed the issues you raise to final review.

Upon completion this review, it is the decision of this office to uphold the responses provided by staff at the institutional level. I find the issues raised for final review have been addressed by the Grievance Coordinator and the Superintendent, and their responses are reasonable and appropriate.

I concur with the responses already provided at the institution level. Accordingly, your appeal to final review must be denied.

Sincerely,

[signature]

Robert S. Bitner
Chief Hearing Examiner

Regarding Wire Fraud and blocking my Phone

RSB:ph
pc: Superintendent Meyers

Myers Was There - He Lied -

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DERRICK R. COOMBS )
Plaintiff )
 )
Vs. )
 )
ROBERT W. MYERS ET.AL. )
Defendants )

No. 1;CV-01 0247
(Hon. Judge Rambo)

PROOF OF SERVICE

I hereby certify I have this Twenty Third day of Sept. 2001, served the within "motion for sanctions, and motion for relief under FRCP Rule 60(b) to add exhibits to the record, and Plaintiffs motion to strike defendants motion to dismiss, for fraud" on the parties below, by deposit in prison mail, addressed as follows;

Clerk of Court U.S. District Court
Box 983, 228 Walnut St.
Harrisburg Pa. 17108
(Three copies)

Mr. Patrick Cawley DAG
Office of Atty. Gen.
Lit. Sec. 15th Flr.
Strawberry Square
Harrisburg Pa. 17120

Signed in accordance with Rule 11, and submitted under penalty of perjury;

Respectfully Submitted;

[signature]

Derrick R. Commos #CT1800
Box 200 Camp Hill Pa.
17101-0200