In the United States District Court for
Middle District of Pennsylvania

Derrick R Coombs   } # 1:01-CV-0247 (?)
   Plaintiff        }         ↑ Judge Rambo —
   vs.              } Please check # for accuracy
Robert Myers et al. } & make sure is correct
   Defendants      }

Notice of Appeal

And now — this fourteenth day of November 2001 —
Notice is hereby given that Derrick R Coombs plaintiff
hereby appeals to U.S. Ct. of Appeals for 3rd Cir. from Order
Dismissing §1983 Suits & Denying motion to Vacate Order
under Rule 59(e) on Oct. Eighteenth, 2001, et al., by Rambo,

Proof of Service —

This matter served this fourteenth day of Nov. 2001 by depositing
prison mail addressed to:                          Clerk of Ct. U.S. District
Atn. Patrick Cawley Esq.                           Box 983, 228 Walnut
Office of Atty Gen 15th Fl.                        HBG Pa. 17108
Strawberry Sq. HBG 17120

                                      Respectfully Submitted
                                      [signature]
                                      Derrick R Coombs # CH-1800
                                      Box 200 Camp Hill Pa.
                                      17001-0200

Certified from the record
Date Nov. 19, 2001
Mary E. D'Andrea, Clerk
Per [signature]
   Deputy Clerk