INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

DERRICK R. COOMBS
    Plaintiff/Appellant

Dist. Ct. Docket # 1:01-CV-0247

(Judge Sylvia H. Rambo)

v.

Ct. of Appeals Docket #

ROBERT W. MEYERS, et al.
    Defendants/Appellees

RECEIVED NOV 21 2001 U.S.C.A. 3rd CIR.

NOTICE OF APPEAL FILED 11/16/01   COURT REPORTERS: No
FILING FEE:
Notice of Appeal       ____ Paid   _X_ Not Paid   ____ Seaman
Docket Fee             ____ Paid   _X_ Not Paid   ____ US or Govt.

CJA Appointment: (Attach copy of order) N/A
____Private Attorney
____Defender Association or Federal Public Defender
____Motion Pending

Leave to proceed In Forma Pauperis status, if applicable (attach copy of order)
_X_ Motion Granted In First Instance
____Denied (as moot)
____Motion pending before district judge

Certificate of probable cause (state habeas corpus) (attach copy of order) N/A
____Granted
____Denied
____Pending

MOTIONS CURRENTLY PENDING : NO

FILED HARRISBURG NOV 23 2001 MARY E. D'ANDREA, CLERK Per ___ DEPUTY CLERK

COPIES TO:
Judge Sylvia H. Rambo
Derrick R. Coombs, plaintiff
File Copy

PRSLC A. Pitts
Patrick S. Cawley, Esquire

DATED: November 19, 2001

Shawna L. Cihak
Deputy Clerk

*Please return the enclosed copy of this letter as proof of receipt.*