OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4920

pacer.ca3.uscourts.gov

November 26, 2001

NOTICE OF DOCKETING OF APPEAL

**FILED
HARRISBURG
NOV 29 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK**

Coombs v. Myers

No(s): 01-cv-00247

(Honorable Sylvia H. Rambo)

An appeal by **Derrick R. Coombs #CT-1800** was filed in the above-captioned case on 11/16/01, and docketed in this Court on 11/26/01, at No. **01-4192**.

Kindly use the Appeals Docket No. **01-4192** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk