```
06/10/02                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              1

TRNS-ADJ         DATE         FUND         CASE NO        DEF         AMOUNT
************************************************************************************
                                           SCRANTON
80300292401.    06/10/02      6855XX       3:02-OP-1       1          -55.32
80300292402.    06/10/02      0869PL                       0           24.26
80300292403.    06/10/02      5100PL                       0           2.70
80300292404.    06/10/02      5100PL                       0            3.49
80300292405.    06/10/02      5100PL                       0            3.17
80300292406.    06/10/02      0869PL                       0           21.70

                                    DIVISION TOTAL                      0.00
```

Rec 88346  6/7/02  $2.70  1:01-247  Combs

TERMED

FILED
SCRANTON
JUN 07 2002
PER _____ DEPUTY CLERK

33
6/10/02