```
07/02/02              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              1

TRNS-ADJ       DATE        FUND     CASE NO     SCRANTON    DEF           AMOUNT
***************************************************************************************
80300294401.   07/02/02    6855XX   3:02-OP-1                1           -19.52
80300294402.   07/02/02    0869PL                            0             0.56
80300294403.   07/02/02    5100PL                            0             8.96
80300294404.   07/02/02    5100PL                            0            10.00

                                                  DIVISION TOTAL           0.00
```

Handwritten annotations:
- 1:01CV247
- Appeal – HBCFR
- 34 km 7/9/02
- FILED SCRANTON JUL 1 2002 PER _____ DEPUTY CLERK
- Rec 88601  7/1/02  $10.00  1:01-247  Coombs