```
08/09/02                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                        1

TRNS-ADJ         DATE       FUND     CASE NO           DEP            AMOUNT
***********************************************************************************
                                                       SCRANTON
80300297001.   08/08/02    6855XX    3:02-OP-1                         -20.88    1
80300297002.   08/08/02    5100PL                                        8.00    0
80300297003.   08/08/02    5100PL                                        7.88    0
80300297004.   08/08/02    5100PL                                        5.00    0
80300297101.   08/08/02    510000                                      -90.00    0
80300297102.   08/08/02    086900                                      -60.00    0
80300297103.   08/08/02    6855XX    3:02-OP-1                         150.00    1
80300297201.   08/08/02    504100    3:97-CR-269-01                    -25.00    1
80300297202.   08/08/02    6855XX    3:02-OP-1                          25.00    1

                                               DIVISION TOTAL            0.00
```

Rec 89029  8/5/02  97.88  1:01-247  Coombs

TEKMED

FILED
SCRANTON
AUG 0 5 2002
PER _____ DEPUTY CLERK

35
W
8/14/02