```
09/04/02              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                    1

TRNS-ADJ        DATE       FUND      CASE NO          DEF       AMOUNT
************************************************************************
                                     SCRANTON
80300298901.  09/04/02   6855XX      3:02-OP-1          1      -158.48
80300298902.  09/04/02   0869PL                         0         4.56
80300298903.  09/04/02   0869PL                         0         7.74
80300298904.  09/04/02   5100PL                         0         5.60
80300298905.  09/04/02   0869PL                         0        14.74
80300298906.  09/04/02   5100PL                         0        11.53
80300298907.  09/04/02   0869PL                         0        30.00
80300298908.  09/04/02   5100PL                         0        54.64
80300298909.  09/04/02   0869PL                         0         8.10
80300298910.  09/04/02   0869PL                         0        21.57
80300299001.  09/04/02   6855XX      3:02-OP-1          1       -22.75
80300299002.  09/04/02   5100PL                         0         4.00
80300299003.  09/04/02   5100PL                         0         1.30
80300299004.  09/04/02   5100PL                         0        17.45

                                              DIVISION TOTAL      0.00
```

1:01 CV 247
Appeal

36
KM
9/9/02

FILED
SCRANTON
SEP 03 2002
PER _____
DEPUTY CLERK

Rec 89357  9/3/02   $4.00   1:01-247  Coombs