```
10/31/02                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                          1

TRNS-ADJ     DATE      FUND      CASE NO       DEF                                              AMOUNT
*************************************************************************************************************

                                            SCRANTON

80300303801.  10/31/02   6855XX    3:02-OP-1     1                                             -25.36
80300303802.  10/31/02   5100PL                  0                                              11.10
80300303803.  10/31/02   5100PL                  0                                               2.74
80300303804.  10/31/02   5100PL                  0                                               1.87
80300303805.  10/31/02   5100PL                  0                                               2.59
80300303806.  10/31/02   5100PL                  0                                               7.06

                                     DIVISION TOTAL                                              0.00
```

Rec 89988     10/30/02     $2.74     1:01-247     Coombs

TERMED
Appeal

OCT 0 0 2002

37
M
11/1/02