```
12/13/02                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                            1
TRNS-ADJ        DATE       FUND      CASE NO                DEF                        AMOUNT
****************************************************************************************************
                                                 SCRANTON
80300352701.   12/13/02   6855XX    3:02-OP-1                 1                        -96.54
80300352702.   12/13/02   0869PL                              0                          4.92
80300352703.   12/13/02   5100PL                              0                          4.00
80300352704.   12/13/02   0869PL                              0                          9.50
80300352705.   12/13/02   5100PL                              0                         24.10
80300352706.   12/13/02   0869PL                              0                          8.85
80300352707.   12/13/02   5100PL                              0                          8.85
80300352708.   12/13/02   0869PL                              0                          5.28
80300352709.   12/13/02   5100PL                              0                         15.46
80300352710.   12/13/02   0869PL                              0                          1.00
80300352711.   12/13/02   0869PL                              0                          2.86
80300352712.   12/13/02   6855XX    3:02-OP-1                 1                         11.72
80300352801.   12/13/02   5100PL                              0                        -52.48
80300352802.   12/13/02   5100PL                              0                         11.90
80300352803.   12/13/02   0869PL                              0                          3.17
80300352804.   12/13/02   5100PL                              0                          8.39
80300352805.   12/13/02   0869PL                              0                          0.72
80300352806.   12/13/02   0869PL                              0                          1.30
80300352807.   12/13/02   5100PL                              0                         17.36
80300352808.   12/13/02   5100PL                              0                          3.64
80300352809.   12/13/02   0869PL                              0                          2.00
80300352810.   12/13/02   5100PL                              0                          4.00

                                                      DIVISION TOTAL                     0.00
```

FILED
SCRANTON
DEC 12 2002
PER _____
DEPUTY CLERK

1:01CV247
Termed — HB
CFR

(39)
KM
12/13/02

Rec 90474  12/12/02   $3.17   1:01-0247  Coombs