```
04/04/03                        TRANSFER-ADJUSTMENT-FORFEITURE REPORT                            1

TRNS-ADJ         DATE      FUND     CASE NO       DEF                                    AMOUNT
*********************************************************************************************
8030362701.    04/04/03    6855XX   3:03-OP-1   SCRANTON                                  -79.61
8030362702.    04/04/03    0869PL                                                          57.11
8030362703.    04/04/03    0869PL                                                          22.50
8030362801.    04/04/03    6855XX   3:03-OP-1                                             -27.66
8030362802.    04/04/03    5100PL                                                           3.04
8030362803.    04/04/03    5100PL                                                           5.07
8030362804.    04/04/03    5100PL                                                           2.00
8030362805.    04/04/03    5100PL                                                           4.80
8030362806.    04/04/03    5100PL                                                           6.74
8030362807.    04/04/03    5100PL                                                           6.01
                                                                     DIVISION TOTAL        0.00
*********************************************************************************************
```

Rec 9/6/15   4/3/03   $2.00   1:01-247  Coombs