```
04/30/03                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                        1
TRNS-ADJ      DATE        CASE NO              FUND       DEF        AMOUNT
****************************************************************************************
                          SCRANTON
80300365801.  04/30/03                         510000      0          -90.00
80300365802.  04/30/03                         086900      0          -60.00
80300365803.  04/30/03    3:03-OP-1            6855XX      1          150.00
80300365901.  04/30/03    3:03-OP-1            6855XX      1          -20.45
80300365902.  04/30/03                         5100PL      0            2.59
80300365903.  04/30/03                         0869PL      0           10.00
80300365904.  04/30/03                         5100PL      0            7.86

                                               DIVISION TOTAL          0.00
```

Rec 91885   4/29/03   p 2.59   1:01-247  Coombs

FILED
NTC
APR 29 2003
DEPUTY CLERK