mh

### SUPREME COURT OF THE UNITED STATES
### OFFICE OF THE CLERK
### WASHINGTON, D. C. 20543

RECEIVED
APR - 7 2003
U.S.C.A. 3d CIR.

April 4, 2003

Clerk
United States Court of Appeals for
the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

**FILED**
HARRISBURG, PA

MAY 0 6 2003

MARY E. D'ANDREA, CLERK
Per _____

Re:  Derrick R. Coombs
     v. Robert W. Myers, et al.
     No. 02-9921
     (Your No. 01-4192)

01-CV-00247

Dear Clerk:

    The petition for a writ of certiorari in the above
entitled case was filed February 3, 2003 and placed on the
docket April 3, 2003 as No. 02-9921.

                    Sincerely,

                    William K. Suter, Clerk

                    by *Melissa A. Blalock*

                    Melissa A. Blalock
                    Assistant