*mh*

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
### WASHINGTON, D. C. 20543



June 9, 2003

Clerk
United States Court of Appeals for
the Third Circuit
601 Market Street, Room 21400
Philadelphia,   PA 19106

FILED
HARRISBURG, PA

JUN 2 5 2003
MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

Re:  Derrick R. Coombs
     v. Robert W. Myers, et al.
     No.   02-9921
     (Your No. 01-4192)

Dear Clerk:                        01-CV-00247

    The Court today entered the following order in the above

entitled case:

    The petition for a writ of certiorari is denied.

                    Sincerely,

                    *William K. Suter*

                    William K. Suter, Clerk

# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

**TO:**  **Clerk, United States District Court for the Middle District, Harrisburg**

**FROM:**  **Marcia M. Waldron, Clerk**

**Please find the enclosed Notice from the Supreme Court of the United States.**

**(5/31/00)**