```
07/01/03                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                               1

TRNS-ADJ         DATE        FUND       CASE NO                  DEF         AMOUNT
*************************************************************************************

                                        SCRANTON

80300371301.    07/01/03     6855XX     3:03-OP-1                 1          -52.24
80300371302.    07/01/03     5100PL                                0            3.02
80300371303.    07/01/03     5100PL                                0           20.00
80300371304.    07/01/03     5100PL                                0            3.00
80300371305.    07/01/03     5100PL                                0            5.18
80300371306.    07/01/03     0869PL                                0           14.88
80300371307.    07/01/03     5100PL                                0            6.16

                                              DIVISION TOTAL                    0.00
```

Rec 92534    $3.02    1:01-247 Coombs