

```
09/09/03                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              1
TRNS-ADJ        DATE        CASE NO         FUND        DEF              AMOUNT
***************************************************************************************
                                            SCRANTON
80300377001.    09/09/03    3:03-OP-1       6855XX       1               -27.17
80300377002.    09/09/03                    5100PL       0                 5.24
80300377003.    09/09/03                    5100PL       0                 3.17
80300377004.    09/09/03                    5100PL       0                12.00
80300377005.    09/09/03                    5100PL       0                 6.76

                                            DIVISION TOTAL                 0.00
```

Rec 93336  9/8/03  $3.17  1:01-0247  Coombs

FILED
SCRANTON
SEP 08 2003
PER _____ DEPUTY CLERK