```
10/17/03                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                  1

TRNS-ADJ         DATE       CASE NO        FUND    DEF                              AMOUNT
*************************************************************************************************
                                                   SCRANTON
80300379801.    10/17/03    3:03-OP-1      6855XX    1                              -51.81
80300379802.    10/17/03                   5100PL    0                                5.04
80300379803.    10/17/03                   5100PL    0                                3.02
80300379804.    10/17/03                   5100PL    0                               20.00
80300379805.    10/17/03                   5100PL    0                                4.00
80300379806.    10/17/03                   5100PL    0                                8.52
80300379807.    10/17/03                   5100PL    0                                3.23
80300379808.    10/17/03                   5100PL    0                                8.00
80300379901.    10/17/03    3:03-OP-1      6855XX    1                             -123.15
80300379902.    10/17/03                   5100PL    0                               14.96
80300379903.    10/17/03                   5100PL    0                                6.91
80300379904.    10/17/03                   5100PL    0                                8.00
80300379905.    10/17/03                   5100PL    0                               20.00
80300379906.    10/17/03                   0869PL    0                               16.00
80300379907.    10/17/03                   0869PL    0                                5.00
80300379908.    10/17/03                   0869PL    0                               13.63
80300379909.    10/17/03                   5100PL    0                                7.20
80300379910.    10/17/03                   0869PL    0                                8.77
80300379911.    10/17/03                   0869PL    0                                4.14
80300379912.    10/17/03                   5100PL    0                               18.54
80300380001.    10/17/03    3:03-OP-1      6855XX    1                             -223.79
80300380002.    10/17/03                   5100PL    0                                3.61
80300380003.    10/17/03                   0869PL    0                                4.32
80300380004.    10/17/03                   5100PL    0                               33.69
80300380005.    10/17/03                   0869PL    0                                5.73
80300380006.    10/17/03                   5100PL    0                                7.21
80300380007.    10/17/03                   5100PL    0                               12.94
80300380008.    10/17/03                   0869PL    0                               27.75
80300380009.    10/17/03                   5100PL    0                                8.27
80300380010.    10/17/03                   5100PL    0                                1.01
80300380011.    10/17/03                   0869PL    0                               44.27
80300380012.    10/17/03                   5100PL    0                               27.23
80300380013.    10/17/03                   5100PL    0                               47.76
80300380101.    10/17/03    3:03-OP-1      6855XX    1                              -64.39
80300380102.    10/17/03                   0869PL    0                                4.29
80300380103.    10/17/03                   5100PL    0                                5.06
80300380104.    10/17/03                   5100PL    0                                3.17
80300380105.    10/17/03                   5100PL    0                                3.17
80300380106.    10/17/03                   0869PL    0                               17.46
80300380107.    10/17/03                   0869PL    0                               30.22
80300380108.    10/17/03                   0869PL    0                                1.02

                                                                   DIVISION TOTAL    0.00
```

Rec. # 93791   10-10-03   01CV247   Coombs   $3.02   Partial FF

FILED SCRANTON OCT 1 0 2003 PER DEPUTY CLERK