```
11/04/03                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                        1

TRNS-ADJ        DATE        FUND       CASE NO         DEF           AMOUNT
*************************************************************************************
                                       SCRANTON
*************************************************************************************
80300382101.    11/04/03    6855XX     3:03-OP-1        1            -78.09
80300382102.    11/04/03    5100PL                      0              4.80
80300382103.    11/04/03    5100PL                      0              3.02
80300382104.    11/04/03    5100PL                      0              2.00
80300382105.    11/04/03    5100PL                      0              5.88
80300382106.    11/04/03    5100PL                      0              3.29
80300382107.    11/04/03    0869PL                      0             59.10

                                            DIVISION TOTAL              0.00
```

Rec # 94117  $3.02  1:01CV247  Coombs  Partial  FF

FILED
SCRANTON
NOV - 3 2003
PER _____ DEPUTY CLERK