

```
12/08/03            TRANSFER-ADJUSTMENT-FORFEITURE REPORT                        1

TRNS-ADJ       DATE       CASE NO         FUND        DEF        AMOUNT
****************************************************************************
                                       SCRANTON
803003844401.  12/08/03   3:03-OP-1     6855XX         1         -27.12
803003844402.  12/08/03                 5100PL         0           5.54
803003844403.  12/08/03                 5100PL         0           5.00
803003844404.  12/08/03                 5100PL         0           4.00
803003844405.  12/08/03                 5100PL         0           7.08
803003844406.  12/08/03                 5100PL         0           4.60
803003844407.  12/08/03                 0869PL         0           0.90

                                        DIVISION TOTAL             0.00
```

Rec. # 94548  $5.00   01CV0247  Coombs  Partial FF

FILED
SCRANTON
DEC - 5 2003
PER _____ DEPUTY CLERK