```
02/10/04                      TRANSFER-ADJUSTMENT-FORFEITURE REPORT                             1

TRNS-ADJ         DATE      FUND    CASE NO        DEF                                  AMOUNT

8030038 9901.   02/10/04   6855XX  3:04-OP-1    SCRANTON      1                       -113.54
8030038 9902.   02/10/04   5100PL                              0                          5.04
8030038 9903.   02/10/04   5100PL                              0                          3.17
8030038 9904.   02/10/04   5100PL                              0                         10.00
8030038 9905.   02/10/04   5100PL                              0                         30.00
8030038 9906.   02/10/04   0869PL                              0                          5.45
8030038 9907.   02/10/04   5100PL                              0                          3.27
8030038 9908.   02/10/04   0869PL                              0                         14.61
8030038 9909.   02/10/04   5100PL                              0                          8.00
8030038 9910.   02/10/04   5100PL                              0                         24.00
8030038 9911.   02/10/04   5100PL                              0                         10.00

                                                              DIVISION TOTAL              0.00
```

Rec # 95406   $ 3.17   01cv247 Combs Partial FF

FILED
SCRANTON
FEB 9 2004
PER [signature]
DEPUTY CLERK