03/02/04

# TRANSFER-ADJUSTMENT-FORFEITURE REPORT

1

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| 80300391701. | 03/02/04 | 086PL | | 0 | -12.63 |
| 80300391702. | 03/02/04 | 6855XX | 3:04-OP-1 | 0 | -12.63 |
| 80300391901. | 03/02/04 | 6855XX | 3:04-OP-1 | 1 | 12.63 |
| 80300391901. | 03/02/04 | 6855XX | | 1 | -52.27 |
| 80300391802. | 03/02/04 | 5100PL | | 0 | 0.15 |
| 80300391803. | 03/02/04 | 5100PL | | 0 | 11.25 |
| 80300391804. | 03/02/04 | 086PL | | 0 | 7.50 |
| 80300391805. | 03/02/04 | 086PL | | 0 | 11.25 |
| 80300391806. | 03/02/04 | 086PL | | 0 | 2.00 |
| 80300391807. | 03/02/04 | 086PL | | 0 | 0.88 |
| 80300391808. | 03/02/04 | 5100PL | | 0 | 11.25 |
| 80300391809. | 03/02/04 | 5100PL | | 0 | 7.50 |
| 80300391810. | 03/02/04 | 5100PL | | 0 | 0.19 |
| 80300391811. | 03/02/04 | 6855XX | 3:04-OP-1 | 1 | -151.79 |
| 80300391901. | 03/02/04 | 5100PL | | 0 | 16.87 |
| 80300391902. | 03/02/04 | 5100PL | | 0 | 12.88 |
| 80300391903. | 03/02/04 | 5100PL | | 0 | 6.00 |
| 80300391904. | 03/02/04 | 5100PL | | 0 | 16.00 |
| 80300391905. | 03/02/04 | 5100PL | | 0 | 16.00 |
| 80300391906. | 03/02/04 | 5100PL | | 0 | 6.00 |
| 80300391907. | 03/02/04 | 086PL | | 0 | 6.82 |
| 80300391908. | 03/02/04 | 5100PL | | 0 | 11.01 |
| 80300391909. | 03/02/04 | 5100PL | | 0 | 35.00 |
| 80300391910. | 03/02/04 | 086PL | | 0 | 16.01 |
| 80300391911. | 03/02/04 | 5100PL | | 0 | 26.00 |

SCRANTON

DIVISION TOTAL    0.00

Roc # 95708        $ 12.88        01CV247        Combs        Partial FF

FILED
SCRANTON
MAR -- 1 2004
PER
DEPUTY CLERK