```
03/30/04                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                           1

TRNS-ADJ         DATE       FUND      CASE NO       DEF                           AMOUNT
*********************************************************************************************
                                      SCRANTON
8030039430301.   03/30/04   6855XX    3:04-OP-1      1                           -99.33
8030039430302.   03/30/04   5100PL                   0                             5.52
8030039430303.   03/30/04   5100PL                   0                             2.74
8030039430304.   03/30/04   5100PL                   0                            35.50
8030039430305.   03/30/04   5100PL                   0                             2.74
8030039430306.   03/30/04   0869PL                   0                             8.55
8030039430307.   03/30/04   0869PL                   0                            13.99
8030039430308.   03/30/04   5100PL                   0                             5.91
8030039430309.   03/30/04   0869PL                   0                            24.38

                                                    DIVISION TOTAL                 0.00
*********************************************************************************************
```

Rec # 96142   $ 2.74   01cv247 Combs Partial FF

FILED
SCRANTON
MAR 29 2004
PER _____
DEPUTY CLERK