```
05/12/04                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              2

TRNS-ADJ         DATE       FUND    CASE NO          DEF    AMOUNT
*********        ********   *****   *************    ***    **********
8030398855.      05/12/04   6855XX  3:02-CR-303-01    1          25.00
8030398856.      05/12/04   504100  3:01-CR-195-03    3          33.29
8030398857.      05/12/04   6855XX  3:03-CR-017-06    6          50.00
8030398858.      05/12/04   504100  3:00-CR-063-02    2          25.00
8030398859.      05/12/04   504100  3:02-CR-145-01    1          75.00
8030398860.      05/12/04   504100  3:01-CR-011-01    1         100.00
8030398861.      05/12/04   6855XX  3:00-CR-300-04    4          38.72
8030398862.      05/12/04   6855XX  3:01-CR-058-01    1          25.00
8030398863.      05/12/04   6855XX  3:01-CR-192-01    1          39.39
8030398864.      05/12/04   6855XX  3:01-CR-041-01    1          25.00
8030398865.      05/12/04   6855XX  3:03-CR-028-02    2          31.06
8030398866.      05/12/04   504100  3:01-CR-072-03    3          56.41
8030398867.      05/12/04   504100  3:00-CR-050-02    2          35.00
8030398868.      05/12/04   6855XX  3:01-CR-032-01    1          79.35
8030398869.      05/12/04   6855XX  3:02-CR-021-01    1          66.75
8030398870.      05/12/04   504100  3:02-CR-143-01    1          25.00
8030398871.      05/12/04   6855XX  3:99-CR-222-01    1          85.55
8030398872.      05/12/04   6855XX  3:01-CR-327-01    1          95.00
8030398873.      05/12/04   504100  3:02-CR-057-02    2          25.00
8030398874.      05/12/04   504100  3:98-CR-136-05    5          50.00
8030398875.      05/12/04   504100  3:99-CR-303-01    1         124.14
8030398876.      05/12/04   504100  3:99-CR-131-01    1          25.00
8030398877.      05/12/04   504100  3:02-CR-181-01    1          25.00
8030398878.      05/12/04   504100  3:01-CR-113-01    1          25.00
8030398879.      05/12/04   504100  3:97-CR-272-01    1          63.59
8030398880.      05/12/04   504100  3:00-CR-289-01    1          25.00
8030398881.      05/12/04   504100  3:00-CR-188-01    1          40.00
8030398882.      05/12/04   504100  3:99-CR-155-01    1          25.00
8030398883.      05/12/04   504100  3:01-CR-236-01    1          91.56
8030398884.      05/12/04   504100  3:01-CR-086-01    1          25.00
8030398885.      05/12/04   504100  3:02-CR-260-02    2          25.00
8030398886.      05/12/04   504100  3:00-CR-290-01    1          51.70
8030398887.      05/12/04   6855XX  3:93-CR-295-02    2          26.42
8030398888.      05/12/04   504100  3:00-CR-300-03    3          82.57
8030398889.      05/12/04   6855XX  3:01-CR-146-02    2          25.00
8030398890.      05/12/04   504100  3:01-CR-104-01    1          47.31
8030398891.      05/12/04   504100  3:02-CR-180-04    4         100.00
8030398892.      05/12/04   6855XX  3:02-CR-067-01    1          75.00
8030398893.      05/12/04   504100  3:01-CR-072-02    2          25.00
8030398894.      05/12/04   504100  3:02-CR-261-11   11          25.00
8030398895.      05/12/04   504100  3:01-CR-356-01    1          -4.84
8030398901.      05/12/04   0869PL                    0           4.84
8030398902.      05/12/04   6855XX  3:04-OP-1         0         -24.67
8030399001.      05/12/04   5100PL                    0           6.07
8030399002.      05/12/04   0869PL                    0           3.31
8030399003.      05/12/04   5100PL                    0           2.00
8030399004.      05/12/04   0869PL                    0           1.44
8030399005.      05/12/04   5100PL                    0           4.10
8030399006.      05/12/04   0869PL  3:04-OP-1         0           7.75
8030399007.      05/12/04   0869PL
*********                                                  DIVISION TOTAL    0.00
```

Rec #94697 #331 01cv247 Combs Partial FF

FILED SCRANTON MAY 10 2004 PER DEPUTY CLERK