```
Mon Jun  7 14:02:42 2004

    UNITED STATES DISTRICT COURT
       SCRANTON    , PA

Receipt No.  111 141083
Cashier        jill

Check Number: 48494

DØ Code    Div No
 4667       1

Sub Acct Type Tender       Amount
0:5100PL  AK    2           15.59
1:0869PL  AR    2           11.99

Total Amount     $          27.58

SCI CAMP HILL CAMP HILL, PA 17001

PARTIAL FILING FEE FOR COMPLAINT IN
CV 01-247
```

CV-01-247

Partial Filing Fee
for Complaint

**FILED**
HARRISBURG, PA

JUN 7 2004

MARY E. D'ANDREA, CLERK
Per _____
     Deputy Clerk