```
06/07/04                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                    1

TRNS-ADJ       DATE       FUND      CASE NO      DEF                        AMOUNT
*****************************************************************************

                                    SCRANTON

8030403501.    06/07/04   6855XX    3:04-OP-1    1                        -144.62
8030403502.    06/07/04   5100PL                 0                            7.17
8030403503.    06/07/04   5100PL                 0                            6.07
8030403504.    06/07/04   5100PL                 0                           15.59
8030403505.    06/07/04   0869PL                 0                           60.00
8030403506.    06/07/04   0869PL                 0                            7.17
8030403507.    06/07/04   5100PL                 0                            7.30
8030403508.    06/07/04   0869PL                 0                            8.32
8030403509.    06/07/04   5100PL                 0                            9.00
8030403510.    06/07/04   5100PL                 0                           24.00

                                                      DIVISION TOTAL         0.00
```

Rec 97005   # 7559   01cv247 Combs  final FF



FILED
SCRANTON
JUN - 4 2004

PER
DEPUTY CLERK