*OFFICE OF THE CLERK*

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

*(570) 207-5600  FAX (570) 207-5650*
*Internet address: www.pamd.uscourts.gov*



**MARY E. D'ANDREA**
*Clerk of Court*

*Divisional Offices*

*Harrisburg: (717) 221-3920*
*Williamsport: (570) 323-6380*

June 7, 2004

**FILED**
**SCRANTON**

**JUN - 7 2004**

PER _____
DEPUTY CLERK

Inmate Accounting
SCI Camp Hill
PO Box 8837
Camp Hill, Pennsylvania 17001-8837

Re:   1:01-CV-0247
      Coombs vs. Myers, et al.

To Whom it May Concern:

Please be advised that our records in the above captioned case for Derrick Coombs, CT-1800, indicate that Mr. Coombs is paid in full.

Sincerely,
MARY E. D'ANDREA, CLERK

By: _____
    Holly Maier
    Financial Specialist