**FILED**
HARRISBURG, PA

JUL 0 2 2004

MARY E. D'ANDREA, CLERK
Per _____

```
Fri Jul  2 10:34:34 2004

    UNITED STATES DISTRICT COURT

    SCRANTON       , PA

Receipt No.  111 141250
Cashier       pamela

Tender Type  CHECK

Check Number: 48797

Transaction Type  AR

 DØ Code    Div No     Acct
  4667        1       5100PL

Amount            $     2.88

    STATE CORR CAMP HILL POB 200 CAMP H
ILL, PA 17001

    PARTIAL FILING FEE IN 01-CV-247
```

bn