```
United States Treasury

Mon Aug  2 12:36:44 2004

UNITED STATES DISTRICT COURT
     SCRANTON        , PA

Receipt No.   111 141438
Cashier       jill

Tender Type  CHECK

Check Number: 49239

Transaction Type   AR

DB Code   Div No    Acct
 4667       1      0869PL

Amount              $    43.17

SCI CAMP HILL P.O. BOX 200 CAMP HIL
L, PA 17001

PARTIAL FILING FEE FOR NOTICE OF AP
PEAL IN CV-01-247 USCA NO. 01-4192

cn
```

CV-01-247
USCA No. 01-4192



FILED
AUG 0 2 2004
PER
HARRISBURG, PA.    DEPUTY CLERK