OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT of PENNSYLVANIA
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

**MARY E. D'ANDREA**
*Clerk of Court*

*(570) 207-5600  FAX (570) 207-5650*
*Internet address: www.pamd.uscourts.gov*

*Divisional Offices*

*Harrisburg:  (717) 221-3920*
*Williamsport: (570) 323-6380*

FILED SCRANTON
PER _____ DEPUTY CLERK

August 3, 2004

Inmate Accounts
SCI Camp Hill
PO Box 200
Camp Hill, PA 17001

Re: CA 01-4192   (CV 01-0247)
    Coombs v Myers, et al

To Whom It May Concern:

Please be advised that our records in the above captioned case for Derrick Coombs CR-1800, indicates that Mr Coombs has a balance of $31.37. Please reference the above captioned case when making future payments.

If I can be of any further assistance, please feel free to contact me at 570-207-5664.

Sincerely,

Mary E. D'Andrea
Clerk

By: *[signature]*
Nancy A. Edmunds
Financial Administrator