OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT of PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650
Internet address: www.pamd.uscourts.gov

MARY E. D'ANDREA
Clerk of Court

Divisional Offices

Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380

August 3, 2004

FILED
SCRANTON

PER _____ DEPUTY CLERK

Inmate Accounts
SCI Camp Hill
PO Box 200
Camp Hill, PA 17001

Re: CV 01-0247
Coombs v Myers, et al

To Whom It May Concern:

Please be advised that our records in the above captioned case for Derrick Coombs CR-1800, indicates that Mr Coombs is paid in full.

If I can be of any further assistance, please feel free to contact me at 570-207-5664.

Sincerely,

Mary E. D'Andrea
Clerk

By:
Nancy A. Edmunds
Financial Administrator