```
United States Treasury Symbol 4667

Mon Aug 30 11:25:00 2004

UNITED STATES DISTRICT COURT
     SCRANTON      , PA

Receipt No.   111 141613
Cashier       jill

Tender Type   CHECK

Check Number: 49576

Transaction Type   AR

DØ Code    Div No     Acct
 4667        1       0869PL

Amount              $    3.02

SCI CAMP HILL P.O. BOX 200 CAMP HIL
L, PA 17001

PARTIAL FILING FEE FOR APPEAL IN CV
-01-247 USCA NO. 01-4192


cn
```

CV-01-247
USCA No. 01-4192

FILED
HARRISBURG, PA

AUG 30 2004

MARY E. D'ANDREA, CLERK
Per _____