```
General Depository for credit to
United States Treasury Symbol 4667

Fri Oct  1 11:27:26 2004

UNITED STATES DISTRICT COURT
    SCRANTON        , PA

Receipt No.   111 141810
Cashier          jill

Tender Type  CHECK

Check Number: 49891

Transaction Type   AR

DO Code    Div No     Acct
 4667        1       0869PL

Amount                 $   3.17

SCI CAMP HILL P.O. BOX 200 CAMP HIL
L, PA 17001

PARTIAL FILING FEE FOR APPEAL IN CV
-01-247 USCA NO. 01-4192

cn
```

CV-01-247
USCA No. 01-4192

**FILED**
HARRISBURG, PA

OCT  1 2004

MARY E. D'ANDREA, CLERK
Per _____