```
Thu Nov  4 15:18:21 2004

    UNITED STATES DISTRICT COURT

    SCRANTON       , PA

Receipt No.   111 142067
Cashier       jill

Tender Type  CHECK

Check Number: 50303

Transaction Type   AR

DO Code     Div No      Acct
 4667         1        0869PL

     Amount          $     3.02

   SCI CAMP HILL PO BOX 200 CAMP HILL,
PA 17001

    PARTIAL FILING FEE FOR APPEAL IN CV
-01-247


             cn
```

**JEFFREY A. BEARD, Ph.D.**
SECRETARY

**DONALD L. KELCHNER**
SUPERINTENDENT

**ROBERT G. GIMBLE**
BUSINESS MANAGER

**JOHN O. NWOKEJI**
HUMAN RESOURCES DIRECTOR



**EUGENE J. BRANNIGAN**
DEPUTY SUPERINTENDENT
FACILITY MANAGEMENT

**DAVID E. PATTON**
DEPUTY SUPERINTENDENT
CENTRALIZED SERVICES

**JEFFREY K. DITTY**
DEPUTY SUPERINTENDENT
DIAGNOSTIC CENTER

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS
STATE CORRECTIONAL INSTITUTION
AT CAMP HILL
P.O. BOX 8837, CAMP HILL, PA 17001-8837**

**(717) 737-4531**
ADDRESS ALL REPLIES TO SUPERINTENDENT

November 1, 2004

Clerk, US District Court
Mary E. D'Andrea, Clerk
228 Walnut Street, Room 1060
Harrisburg, PA 17108

*CV-01-247*

*A01-4192*

*141921*

*0869PL*

To Whom It May Concern:

Enclosed please find check #50303 in the amount of $3.02. This is payment for Inmate Derrick Coombs, CT-1800 filing fees. His case number is 01-4192 and his remaining balance is $22.16.

If you have any questions, please contact me at (717) 975-5216.

Sincerely,

Denise M. Shade
Accounting Assistant

CC: Mr. Kronheim
    File

Our mission is to protect the public by confining persons committed to our custody in safe, secure facilities, and to provide opportunities for inmates to acquire the skills and values necessary to become productive law-abiding citizens, while respecting the rights of crime victims.