```
Wed Dec  8 14:57:47 2004

UNITED STATES DISTRICT COURT

SCRANTON       , PA

Receipt No.   111 142290
Cashier        pamela

Tender Type  CHECK

Check Number: 50592

Transaction Type   C

Case No./Def No.                      /

DØ Code    Div No      Acct
 4667        1        5100PL

Amount               $    3.02

SCI-CAMP HILL P.O. BOX 200, CAMP HI
LL, PA 17001
    PARTIAL FILING FEE FOR 01-247
```

FILED   bn
HARRISBURG, PA

DEC 08 2004

MARY E. D'ANDREA, CLERK
Per _____