CV-01-247

```
Mon Jan 10 13:30:44 2005

UNITED STATES DISTRICT COURT
    SCRANTON      , PA

Receipt No.   111 142497
Cashier          jill

Tender Type  CHECK

Check Number: 50922

Transaction Type   AR

DØ Code    Div No    Acct
 4667        1      0069PL

Amount              $    2.74

SCI CAMP HILL CAMP HILL, PA 17001

   PARTIAL FILING FEE FOR APPEAL IN CV
-01-247


cn
```

FILED
HARRISBURG, PA
JAN 1 0 2005
MARY E. D'ANDREA, CLERK
Per _____