CV-01-247

Wed Feb  2 09:53:38 2005

UNITED STATES DISTRICT COURT

SCRANTON        , PA

Receipt No.   111 142615
Cashier        jill

Tender Type  CHECK

Check Number: 51161

Transaction Type   AR

DØ Code    Div No    Acct
 4667        1      Q869PL

Amount            $    4.00

SCI CAMP HILL P.O. BOX 200 CAMP HILL, PA 17001

PARTIAL FILING FEE FOR APPEAL IN CV-01-247

cn

FILED
HARRISBURG, PA
FEB 2 2005
MARY E. D'ANDREA, CLERK
Per _____