**FILED**
HARRISBURG, PA

MAR 0 7 2005

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

```
Mon Mar  7 11:22:12 2005

UNITED STATES DISTRICT COURT
SCRANTON       , PA

Receipt No.    111 142840
Cashier
               camille
Tender Type  CHECK

Check Number: 51404

Transaction Type   C

Case No./Def No.                    /

DB Code    Div No      Acct
 4667        1         0869PL

Amount                $    2.00

SCI-CAMP HILL PO BOX 200 CAMP HILL,
PA 17001-0200

-247  PARTIAL FILING FEE FOR APPEAL IN 01


                bn
```