CV-01-247

Fri Apr  1 09:38:19 2005

UNITED STATES DISTRICT COURT

SCRANTON    , PA

Receipt No.    111 142997
Cashier          jill

Tender Type  CHECK

Check Number: 51754

Transaction Type   AP

BU Code     Div No     Acct
4657          1         0869PL

Amount           $    2.74

SGT CAMP HILL CAMP HILL, PA 17001

PARTIAL FILING FEE FOR APPEAL IN CV
-01-247

FILED
APR 0 1 2005
PER _____ DEPUTY CLERK