01-cv-247

**FILED**
HARRISBURG, PA

MAY 10 2005

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

```
Tue May 10 10:05:25 2005

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.   111 143294
Cashier           camille

Tender Type  CHECK

Check Number: 52169

Transaction Type   AR

DO Code    Div No      Acct
4667         1        0869PL

Amount             $    3.31

SCI-CAMP HILL PO BOX 200 CAMP HILL,
PA 17001-0200


bn
```