CV-01-247

```
Mon Jun  6 11:03:10 2005

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.   111 143462
Cashier          jill

Tender Type  CHECK

Check Number: 52493

Transaction Type   AR

DS Code    Div No      Acct
 4667        1        0869PL

Amount          $     3.02

SCI CAMP HILL P.O. BOX 200 CAMP HIL
L, PA 17001

PARTIAL FILING FEE FOR APPEAL IN CV
-01-247


                    CB
```

FILED
HARRISBURG, PA

JUN 6 2005

MARY E. D'ANDREA, CLERK
Per _____