```
Tue Jun 21 16:40:55 2005

UNITED STATES DISTRICT COURT
   SCRANTON          PA

Receipt No.   11: 143573
Cashier       camille

Tender Type: CHECK

Check Number: 52690

Transaction Type   AP

DH Code    Div No     Acct
 4657        1        08692

Amount              $   0.46

SCI CAMP HILL PO BOX 200 CAMP HILL
PA 17001-0200

PARTIAL FILING FEE



bo
```

**JEFFREY A. BEARD, Ph.D.**
SECRETARY

**DONALD L. KELCHNER**
SUPERINTENDENT

**ROBERT G. GIMBLE**
BUSINESS MANAGER

**JOHN O. NWOKEJI**
HUMAN RESOURCES DIRECTOR



**EUGENE J. BRANNIGAN**
DEPUTY SUPERINTENDENT
FACILITY MANAGEMENT

**DAVID E. PATTON**
DEPUTY SUPERINTENDENT
CENTRALIZED SERVICES

**JEFFREY K. DITTY**
DEPUTY SUPERINTENDENT
DIAGNOSTIC CENTER

## PENNSYLVANIA DEPARTMENT OF CORRECTIONS
## STATE CORRECTIONAL INSTITUTION
## AT CAMP HILL
P.O. BOX 8837, CAMP HILL, PA 17001-8837

(717) 737-4531

ADDRESS ALL REPLIES TO SUPERINTENDENT

June 17, 2005

Clerk, US District Court
Mary E. D'Andrea, Clerk
228 Walnut Street, Room 1060
Harrisburg, PA  17108

To Whom It May Concern:

Enclosed please find check #52690 in the amount of $0.45. This is payment for Inmate Derrick Coombs, CT-1800 filing fees. His case number is 01-4192 and his fees are paid in full.

If you have any questions, please contact me at (717) 975-5216.

Sincerely,

Denise M. Shade
Accounting Assistant

CC: Mr. Kronheim
     File

Our mission is to protect the public by confining persons committed to our custody in safe, secure facilities, and to provide opportunities for inmates to acquire the skills and values necessary to become productive law-abiding citizens, while respecting the rights of crime victims.